IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Aldugom, Nabil | Case Number:  04 B 26429 |
| Aldugom, Marie | Judge:  Wedoff, Eugene R |
| Printed:  7/15/08 | Filed:  7/15/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed:  June 20, 2008
Confirmed:  September 23, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 54,048.33 | |
| Secured: | | 27,948.95 |
| Unsecured: | | 19,105.04 |
| Priority: | | 0.00 |
| Administrative: | | 1,354.00 |
| Trustee Fee: | | 2,872.16 |
| Other Funds: | | 2,768.18 |
| Totals: | 54,048.33 | 54,048.33 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 1,354.00 | 1,354.00 |
| 2. | US Bank | Secured | 1,636.82 | 1,636.82 |
| 3. | Toyota Motor Credit Corporatio | Secured | 26,312.13 | 26,312.13 |
| 4. | Cook County Treasurer | Secured | 1,942.00 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 2,645.30 | 2,645.30 |
| 6. | RoundUp Funding LLC | Unsecured | 1,969.38 | 1,969.38 |
| 7. | Portfolio Recovery Associates | Unsecured | 1,079.37 | 1,079.37 |
| 8. | Resurgent Capital Services | Unsecured | 67.33 | 67.33 |
| 9. | Resurgent Capital Services | Unsecured | 196.35 | 196.35 |
| 10. | RoundUp Funding LLC | Unsecured | 2,932.92 | 2,932.92 |
| 11. | Fifth Third Bank | Unsecured | 401.99 | 401.99 |
| 12. | US Bank | Unsecured | 322.44 | 322.44 |
| 13. | Discover Financial Services | Unsecured | 1,464.35 | 1,464.35 |
| 14. | Resurgent Capital Services | Unsecured | 3,153.87 | 3,153.87 |
| 15. | Resurgent Capital Services | Unsecured | 51.02 | 51.02 |
| 16. | Toyota Motor Credit Corporatio | Unsecured | 0.00 | 0.00 |
| 17. | Resurgent Capital Services | Unsecured | 1,077.51 | 1,077.51 |
| 18. | Portfolio Recovery Associates | Unsecured | 933.68 | 933.68 |
| 19. | T Mobile USA | Unsecured | 29.88 | 29.88 |
| 20. | Cook County Treasurer | Unsecured | 30.92 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 778.18 | 778.18 |
| 22. | ECast Settlement Corp | Unsecured | 1,144.41 | 1,144.41 |
| 23. | Bank One | Unsecured | 621.52 | 621.52 |
| 24. | ECast Settlement Corp | Unsecured | 54.16 | 54.16 |
| 25. | ECast Settlement Corp | Unsecured | 31.78 | 31.78 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Aldugom, Nabil | Case Number: 04 B 26429 |
|---|---|---|
| | Aldugom, Marie | Judge: Wedoff, Eugene R |
| | Printed: 7/15/08 | Filed: 7/15/04 |

| | | | | |
|---|---|---|---|---|
| 26. | American Express Centurion | Unsecured | 149.60 | 149.60 |
| 27. | Capital One | Unsecured | 1,957.37 | 0.00 |
| 28. | Washington Mutual Home Loan | Secured | | No Claim Filed |
| 29. | ATG Credit LLC | Unsecured | | No Claim Filed |
| 30. | CB USA | Unsecured | | No Claim Filed |
| 31. | BP/Citi | Unsecured | | No Claim Filed |
| 32. | Fleet Bank | Unsecured | | No Claim Filed |
| 33. | Emergency Physicians | Unsecured | | No Claim Filed |
| 34. | First USA | Unsecured | | No Claim Filed |
| 35. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 36. | Loyola University Phys Foundation | Unsecured | | No Claim Filed |
| 37. | Northside Suburban Pediatric | Unsecured | | No Claim Filed |
| 38. | Sprint Midwest | Unsecured | | No Claim Filed |
| 39. | Northside Suburban Pediatric | Unsecured | | No Claim Filed |
| 40. | Sheridan Cardiac Coinsultants | Unsecured | | No Claim Filed |
| 41. | St Joseph Hospital | Unsecured | | No Claim Filed |
| 42. | St Francis Hospital | Unsecured | | No Claim Filed |
| 43. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 44. | MBNA America | Unsecured | | No Claim Filed |
| 45. | US Bank | Unsecured | | No Claim Filed |
| 46. | Medical Building Bureau | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 52,338.28 | $ 48,407.99 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 409.51 |
| 4% | 99.27 |
| 3% | 76.63 |
| 5.5% | 415.81 |
| 5% | 125.99 |
| 4.8% | 241.92 |
| 5.4% | 1,503.03 |
| | _____ |
| | $ 2,872.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

